IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40199
(Summary Calendar)
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


                              versus


JAVIER BERMEA, a/k/a JAVIER MIRELEZ,

                                        Defendant-Appellant.


                    - - - - - - - - - -
        Appeal from the United States District Court
            for the Southern District of Texas
                  (USDC No. C-94-CR-144-1)
                    - - - - - - - - - -
                       July 8, 1996
Before WIENER, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Javier Bermea appeals his sentence from his guilty-plea
conviction for conspiracy to possess with the intent to distribute
approximately 159 kilograms of marijuana.  Bermea argues that the
district court erred by enhancing his base offense level for his
participation as a manager or supervisor in a conspiracy involving
five or more participants and by relying on the Presentence Report

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

as basis for its findings.  Because Bermea raises these issues for the first time on appeal, we review for plain error.  <u>See</u> <u>United States v. Calverley</u>, 37 F.3d 160, 162 (5th Cir. 1994) (en banc), <u>cert. denied</u>, 115 S. Ct. 1266 (1995).

We have reviewed the record and the briefs of the parties and find that the district court did not commit plain error by increasing Bermea's base offense level for his role in the offense. <u>United States v. Ayala</u>, 47 F.3d 688, 690 (5th Cir. 1995); <u>United States v. Elwood</u>, 999 F.2d 814, 817 (5th Cir. 1993).

AFFIRMED.